IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARPENTER CONTRACTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-830C |
| v. | ) | |
| | ) | (Judge Lynn J. Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of CHRISTIAN J. MORAN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

CHRISTIAN J. MORAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Christian J. Moran
CHRISTIAN J. MORAN
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6289
Fax: (202) 514-7969

Dated: June 2, 2004