IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARPENTER CONTRACTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-830C<br><br>(Judge Lynn J. Bush) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 28 days, to and including August 9, 2004, within which to file and to serve its response to the complaint. Our response is currently due on July 12, 2004. We notified counsel for the plaintiff of our intent to request an enlargement of time and he informed us that the plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

The undersigned attorney has not yet received a litigation report from counsel for the agency, the United States Army Corps of Engineers. Apparently, the precautions surrounding the mail delayed the letter requesting assistance from the agency. The undersigned attorney recently identified counsel for the agency, who has represented that the agency is gathering the information necessary to allow the United States to respond to the complaint.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until August 9, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella by B. Simkin
JAMES M. KINSELLA
Deputy Director

s/ Christian J. Moran
CHRISTIAN J. MORAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6299
Fax: (202) 514-7969

Attorneys for Defendant

July 8, 2004