# In the United States Court of Federal Claims

No. 04-830 C

(Filed July 14, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *
CARPENTER CONTRACTING, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On July 8, 2004, defendant filed an Unopposed Motion for an Enlargement of Time of twenty-eight days, to and including August 9, 2004, within which to file its response to plaintiff's complaint.

The court notes that on May 12, 2004, the Clerk's office filed a Notice of Designation within which the subject matter was designated as an *electronic* case in the court's case management/electronic case filing (CM/ECF) system. The notice stated that *all* documents in this case are to be filed *electronically* and counsel must immediately obtain a CM/ECF account in order to receive service of electronically filed documents.

Additionally, the notice informed the parties that the Clerk's office would effect service of electronically filed documents in paper form for thirty-days (June 14, 2004 in the subject matter) from the date the case was opened, if counsel had not yet obtained an account. All orders and documents not serviced electronically after that date (June 14, 2004) are the responsibility of counsel to obtain through use of a PACER account. It appears that, to date, James Walton Copeland, Esq., plaintiff's counsel, has not yet obtained a CM/ECF account.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Unopposed Motion for an Enlargement of Time is **GRANTED**; and

(2) Plaintiff's counsel is **DIRECTED** to **COMPLY** with the provisions for obtaining a CM/ECF account set forth in the Notice of Designation, filed May 12, 2004, by or before **July 28, 2004**.

s/Lynn J. Bush
LYNN J. BUSH
Judge