# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| **CARPENTER CONTRACTING, INC.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-830C |
| **THE UNITED STATES,** | * | (Filed Oct. 25, 2004) |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ADR ORDER

Further to the telephonic Early Neutral Evaluation conference held on Friday, October 22, 2004,

**IT IS ORDERED**, as follows:

Counsel shall informally report's back to the court's law clerk by November 19, 2004, regarding their intention to continue with the ADR process at this time.

s/ Christine O.C. Miller
___________________________________
**Christine Odell Cook Miller**
ADR Judge

cc: Judge Bush