# In the United States Court of Federal Claims

No. 04-830 C

(Filed May 4, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
CARPENTER CONTRACTING, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 29, 2005, defendant filed an Unopposed Motion for an Enlargement of Time of six months, to and including October 28, 2005, within which to complete fact discovery. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge