# In the United States Court of Federal Claims

No. 04-830 C
(Filed January 23, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
CARPENTER CONTRACTING, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 27, 2004, the court issued a Preliminary Scheduling Order directing the parties to complete fact discovery by April 29, 2005 and to file a joint status report by May 13, 2005. On April 29, 2005, defendant filed a consent motion for an extension of time until October 28, 2005 to complete discovery. On May 4, 2005, the court granted defendant's motion for an extension. However, a new deadline for the filing of the joint status report was not established and no report has been filed by the parties.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **February 22, 2006**, informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. In the event that any dispositive motions are to be filed, the status report shall state a proposed date for such motions.

s/Lynn J. Bush
LYNN J. BUSH
Judge