IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARPENTER CONTRACTING, INC., Plaintiff, | ) | No. 04-830C |
| v. | ) | (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO STAY PROCEEDINGS

Defendant, the United States, and plaintiff, Carpenter Contracting, Inc., respectfully request that the Court stay proceedings in this case to allow the parties time to attempt resolution of this case without further involvement of the Court.[1] This is the parties first request to stay proceedings. In the event a stay of proceedings is granted, and the parties have not resolved this matter within 60 days of the granting of the motion to stay proceedings, the parties respectfully request permission to file a joint status report with the Court every 45 days, until resolution of the case or until the stay of proceedings is lifted.

---

[1] By order dated January 23, 2006, the Court instructed the parties to file a joint status report addressing possible settlement and suggesting dates for filings in accordance with RCFC Appendix A. Because the parties currently are pursuing possible resolution of this matter, we respectfully submit this joint motion to stay proceedings in lieu of filing a joint status report. In the event the parties are unable to resolve this matter, or in the event our motion to stay is not granted, we will, of course, file a joint status report setting forth the information requested by the Court.

The parties currently are pursuing possible settlement of this action. Undersigned counsel for defendant recently was assigned responsibility for handling this case following departure from the Department of Justice of the previous counsel of record. The parties have conducted preliminary discussions aimed at possible settlement of this matter. The parties anticipate they will conduct a settlement conference once counsel for defendant has had the opportunity to complete his review of the litigation file and meet with agency witnesses. Additional time is necessary for counsel for defendant to complete that process.

Assuming that the parties are able to reach an agreement upon settlement of this matter, additional time will be necessary to prepare a settlement agreement or stipulation for entry of judgment for filing with the Court.

For these reasons, the parties respectfully request that the Court grant their joint motion to stay proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Assistant Director

OF COUNSEL:

DAVID KOMAN
Department of the Navy

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

February 16, 2006

Attorneys for Defendant

s/ James W. Copeland
JAMES W. COPELAND
Smith, Currie & Hancock LLP
Suite 2600 Harris Tower
Peach Tree Center
233 Peachtree St., NE
Atlanta GA 30303-1530
Tele: (404) 521-3800
Fax: (404) 688-0671

Attorneys for Plaintiff

February 16, 2006

CERTIFICATE OF FILING

I hereby certify that on February 16th 2006 a copy of foregoing “JOINT MOTION TO STAY PROCEEDINGS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson