# In the United States Court of Federal Claims

No. 04-830 C
(Filed February 22, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
CARPENTER CONTRACTING, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 16, 2006, the parties filed a Joint Motion to Stay Proceedings. The parties report that they are attempting to resolve this case without further involvement of the court. The parties request that the court stay the proceedings in this matter and request permission to file a status report within sixty days of the date of the stay. Additionally, if the matter is not resolved within the sixty days, the parties propose to file a status report every forty-five days until the stay of the proceedings is lifted.

Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED** and all proceedings in the subject matter shall be **SUSPENDED** pending further order by the court, and on or before **April 24,2006**, and every forty-five day interval thereafter, the parties shall **FILE** a **Joint Status Report**.

s/Lynn J. Bush
LYNN J. BUSH
Judge