IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARPENTER CONTRACTING, INC., Plaintiff, | ) | |
| v. | ) | No. 04-830C (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Defendant, the United States, and plaintiff, Carpenter Contracting, Inc., respectfully submit the following status report pursuant to the Court's February 22, 2006 order, setting forth the status of settlement discussions.

As discussed in our previous joint status report, the parties are in the process of attempting to resolve this matter without further involvement of the Court. Since the filing of our previous status report, the parties have held numerous telephone conversations to discuss possible settlement. Indeed, both sides have submitted counter-settlement offers since the filing of our last report. Most recently, on May 19, 2006, counsel for plaintiff, James Copeland, and counsel for defendant, David Stinson, held a telephonic conference during which Mr. Copeland provided plaintiff's latest counter-settlement offer to defendant. On May 23, 2006, Messrs. Copeland and Stinson held a telephonic conference wherein the Government provided details of its latest counter-settlement offer to plaintiff. Additional discussions are anticipated.

Pursuant to the Court's February 22, 2006 order, if the parties have not resolved this matter within 45 days from the date of the filing of this status report, the parties will file a joint status report with the Court setting forth the status of settlement discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, Jr.
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

CHARLES BRIGGS
Department of the Army
Memphis District Corps
of Engineers

JUNE 5, 2006

s/ James W. Copeland
JAMES W. COPELAND
Smith, Currie & Hancock LLP
Suite 2600 Harris Tower
Peach Tree Center
233 Peachtree St., NE
Atlanta GA 30303-1530
Tele: (404) 521-3800
Fax: (404) 688-0671

Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on June 5, 2006 a copy of foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson