IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARPENTER CONTRACTING, INC., Plaintiff, | ) | |
| v. | ) | No. 04-830C (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Defendant, the United States, and plaintiff, Carpenter Contracting, Inc., respectfully submit the following status report pursuant to the Court's February 22, 2006 order, setting forth the status of settlement discussions.

As discussed in our previous joint status report, the parties are in the process of attempting to resolve this matter without further involvement of the Court. Since the filing of our previous status report, the parties have made significant progress in our attempts to reach resolution of this matter. Most recently, on June 28, 2006, counsel for plaintiff submitted a settlement proposal to defendant. Counsel for defendant is in the process of preparing a memorandum setting forth the details of plaintiff's settlement proposal for review by Department of Justice officials. Additional time is necessary to complete the process. Assuming that the parties are able to reach an agreement upon settlement of this matter, additional time will be necessary to prepare a settlement agreement or stipulation for entry of judgment for filing with the Court.

Pursuant to the Court's February 22, 2006 order, if the parties have not resolved this matter within 45 days from the date of the filing of this status report, the parties will file a joint status report with the Court setting forth the status of settlement discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, Jr.
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

CHARLES BRIGGS
Department of the Army
Memphis District Corps
of Engineers

JULY 20, 2006

s/ James W. Copeland
JAMES W. COPELAND
Smith, Currie & Hancock LLP
Suite 2600 Harris Tower
Peach Tree Center
233 Peachtree St., NE
Atlanta GA 30303-1530
Tele: (404) 521-3800
Fax: (404) 688-0671

Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on July 20, 2006 a copy of foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson