# In the United States Court of Federal Claims

**No. 04-830 C**

**CARPENTER CONTRACTING, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Joint Stipulation for Entry of Judgment, filed August 15, 2006, and the court's August 24, 2006 directive,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $85,000.00, plus interest pursuant to 41 U.S.C. §611 commencing from October 11, 1999, with each party to bear its own costs, expenses, and attorney fees.

Brian Bishop
Clerk of Court

**September 1, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.