United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 8, 2006

James Walton Copeland, Esq.
Smith, Currie & Hancock LLP
2700 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, GA 30303-1227

In re: Carpenter Contracting, Inc. v. United States, No.04-830C

Dear Mr. Copeland:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated September 1, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes
Chief Deputy Clerk Operations

Enclosures

cc: David Bennett Stinson, Esq.